UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE L. ALVA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Commissioner of Social Security,<br><br>　　　　　　　　　Defendant. | Case No.: 23-CV-147-WVG<br><br>**ORDER ON JOINT MOTION FOR EXTENSION OF TIME** |

　　　Before the Court is the Parties' Joint Motion for Extension of Time ("Joint Motion"). (Doc. No. 5.) The Parties move the Court for a 30-day continuance of Defendant's March 27, 2023, deadline to file a transcript of the administrative record. Good cause appearing, the Court GRANTS the Joint Motion and CONTINUES Defendant's deadline to file the transcript of the administrative record to **Wednesday, April 26, 2023**.

　　　**IT IS SO ORDERED.**

DATED: March 27, 2023

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. William V. Gallo
　　　　　　　　　　　　　　　　　　United States Magistrate Judge